

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00243-CV

———————————————

JOHEMMA TAVERAS-BROWN, Appellant

V.

AMANDA CHRISTINE SINGLETON, Appellee

On Appeal from County Court at Law No. 2
Tarrant County, Texas
Trial Court No. 2021-003164-2

Before Kerr, Birdwell, and Bassel, JJ.
Memorandum Opinion by Justice Kerr

# MEMORANDUM OPINION

On November 4, 2022, we notified Appellant Johemma Taveras-Brown that her brief had not been filed as the appellate rules require. *See* Tex. R. App. P. 38.6(a). We warned her that we might dismiss the appeal for want of prosecution unless, by November 14, 2022, she filed her brief and an accompanying motion reasonably explaining the brief's untimely filing and why an extension was needed. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b).

In response, Taveras-Brown filed a document "to respond to the matter of the transcript[1] and to submit a briefing." On December 7, 2022, we wrote to Taveras-Brown to inform her that we had received and filed this document. We explained to her that

> If you are attempting to file this document as your brief on appeal, we notified you on November 4, 2022, that your appeal would be dismissed unless you filed a brief <u>along with a motion</u> reasonably explaining the failure to file a brief and the need for an extension. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1). You did not submit a motion along with this document. Therefore, if you do not submit a motion reasonably explaining the failure to file a brief by the original due date and the need for an extension by **Monday, December 19, 2022**, your appeal may be dismissed.

We have received no response.

---

[1] On Taveras-Brown's motion, we had extended her deadline to pay for the preparation of the reporters record. After Taveras-Brown failed to pay for the reporter's record or to make payment arrangements by that deadline, we notified the parties that we would consider and decide those issues or points that do not require a reporter's record for a decision, *see* Tex. R. App. P. 37.3(c), and that Taveras-Brown's brief was due October 19, 2022.

Because Taveras-Brown has failed to file a brief even after we afforded her two opportunities to explain her initial failure, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

/s/ Elizabeth Kerr
Elizabeth Kerr
Justice

Delivered:  January 26, 2023